## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    **Plaintiff**

        v.                        **CIVIL NO.** 05-374(JAG)

ANEGEL RIVERA-RODRIGUEZ

    **Defendant(s)**

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed.  Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of December, 2005.

                                                  S/Jay A. Garcia-Gregory
                                                  JAY A. GARCIA-GREGORY
                                                  United States District Judge